IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS GRIGGS, #261331, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:11-cv-869-WKW ) |
| WILLIAM FREEMAN, | ) ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 15), and upon an independent review of the file in this case, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge is ADOPTED;

(2) This case is DISMISSED without prejudice.

DONE this 2nd day of March, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE